JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTITA CASILLAS,<br><br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, a Delaware corporation, d/b/a WWW.CEDARPOINT.COM,<br><br>Defendants. | Case No. 2:25-cv-06824-CBM-PD<br>Assigned to Honorable Consuelo B. Marshall<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [29]**<br><br>Complaint Filed: June 5, 2025<br>Removed: July 25, 2025 |

- 1 -

The Court, having read and considered the joint stipulation for dismissal from Plaintiff Miltita Casillas and Defendant Six Flags Entertainment Corporation, and good cause appearing therefor, hereby dismisses the instant action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure *with prejudice.*

Dated:  March 13, 2026

Consuelo B. Marshall
United States District Judge